191 So.2d 140

### CITY OF NEW ORLEANS

v.

### Frederick W. NOLTING.

No. 48436.

Oct. 31, 1966.

In re: Frederick W. Nolting applying for writs of certiorari, mandamus and prohibition.

The application is denied. The showing made by the relator does not warrant the exercise of our supervisory jurisdiction in this case.

191 So.2d 140

### WHITNEY NATIONAL BANK IN JEFFERSON PARISH et al.

v.

### A. Clayton JAMES, State Bank Commissioner of the State of Louisiana.

No. 48361.

Nov. 7, 1966.

In re: Whitney National Bank in Jefferson Parish et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 189 So.2d 430.

The application is denied. The judgment complained of is correct.

McCALEB and SUMMERS, JJ., believe that a writ should be granted.